# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND JAMES SMITH, JR, | Case No. 1:14-cv-01274-AWI-SAB |
| Plaintiff, | |
| v. | ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| MUNICIPAL COURT, et al., | |
| Defendants. | |

Plaintiff Cleveland James Smith, Jr. is an inmate proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 13, 2014, Plaintiff filed a complaint in this action. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause.

///

///

///

1

1    Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified
2 copy of his prison trust statement for the six month period immediately preceding the filing of
3 the complaint.  Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **August 14, 2014**

UNITED STATES MAGISTRATE JUDGE

2