# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND JAMES SMITH, JR, | Case No.  1:14-cv-01274-AWI-SAB |
| Plaintiff, | ORDER RE PLAINTIFF'S RESPONSE |
| v. | (ECF No. 3) |
| MUNICIPAL COURT, et al., | |
| Defendants. | |

Plaintiff Cleveland James Smith, Jr., a pretrial detainee at the Fresno City Jail, filed this action on August 13, 2014 pursuant to 42 U.S.C. § 1983.  (ECF No. 1.)  On August 14, 2014, this Court issued an order directing Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within forty-five days.  (ECF No. 2.)  Plaintiff filed a response on September 2, 2014, directing the Court to check the records and refer to his in forma pauperis application on file.  (ECF No. 3.)

Pursuant to 28 U.S.C. § 1914(a) parties are required to pay the filing fee for any action instituted in the district court.  <u>See</u> <u>also</u> Local Rule 121(c) (the Clerk of the Court shall not file any paper unless the fee is prepaid).  Plaintiff is required to submit the filing fee or application to proceed in forma pauperis to proceed with this action.  Plaintiff must comply with the order issued August 14, 2014 or this action will be dismissed.

Plaintiff also contends that the signature on the order issued by this court does not appear

1

1  authentic.  However, Plaintiff offers no authority to question the signature on the order issued
2  through the Court's electronic filing system.
3      Finally, Plaintiff states that he did not receive a proof of service or initial case documents.
4  Plaintiff was mailed a copy of the Court's order and the Court is not required to provide a proof
5  of service.  Finally, initial case documents will not be issued in this action until Plaintiff
6  complies with the order regarding the filing fee.  Plaintiff shall either pay the filing fee or file an
7  application to proceed in forma pauperis on or before October 1, 2014 or this action will be
8  dismissed.

IT IS SO ORDERED.

Dated:   **September 4, 2014**

UNITED STATES MAGISTRATE JUDGE

2