# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND JAMES SMITH, JR, <br><br> Plaintiff, <br><br> v. <br><br> MUNICIPAL COURT, et al., <br><br> Defendants. | Case No.  1:14-cv-01274-AWI-SAB <br><br> FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSING ACTION <br><br> OBJECTIONS DUE WITHIN FOURTEEN DAYS |

Plaintiff Cleveland James Smith, Jr., a pretrial detainee at the Fresno City Jail proceeding pro se, filed this action on August 13, 2014 pursuant to 42 U.S.C. § 1983. (ECF No. 1.)  On August 14, 2014, this Court issued an order directing Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within forty-five days. (ECF No. 2.)  Plaintiff filed a response on September 2, 2014. (ECF No. 3.)  An order issued on September 5, 2014, addressing Plaintiff's response and requiring him to submit an application to proceed in forma pauperis or pay the filing fee by October 1, 2014. (ECF No. 4.)  Plaintiff has failed to file an application or pay the filing fee in compliance with the Court's orders.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to

control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for Plaintiff's failure comply with the August 14, 2014 and September 5, 2014 orders.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304.  Within fourteen (14) days of service of this recommendation, any party may file written objections to these findings and recommendations with the Court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the district judge's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **October 6, 2014**

UNITED STATES MAGISTRATE JUDGE

2